AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Illinois Northern District |
| DOCKET NO.<br>26-cv-11917 | DATE FILED<br>9/29/2026 | |
| PLAINTIFF<br>ALEXANDER GORDON | | DEFENDANT<br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| T. Bruton | M. Navarro | 9/30/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-204**
**Effective Date of Registration:**
June 06, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** North American Waterfowl Duck Poster

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** September 08, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Alexander Gordon
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Alexander Gordon
1920 Sawtelle Blvd #308, Los Angeles, CA, 90025, United States

## Rights and Permissions

**Name:** Alexander Gordon
**Email:** gravetrain@gmail.com
**Address:** 1920 Sawtelle Blvd #308
Los Angeles, CA 90025 United States

## Certification

**Name:** David Denholm
**Date:** June 06, 2025
**Applicant's Tracking Number:** AG2025060601

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-493-644**
**Effective Date of Registration:**
March 31, 2026
**Registration Decision Date:**
April 06, 2026

## Supplementary Registration

**Supplement To:** VA0002467204, 2025

## Title

**Title of Work:** North American Waterfowl Duck Poster

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** August 09, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Alexander Gordon
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Alexander Gordon
1920 Sawtelle Blvd #308, Los Angeles, CA, 90025, United States

## Rights and Permissions

**Name:** Alexander Gordon
**Email:** gravetrain@gmail.com
**Address:** 1920 Sawtelle Blvd #308,
Los Angeles, CA 90025 United States

## Certification

**Name:** David Denholm, Authorized agent of Alexander Gordon
**Date:** March 31, 2026
**Applicant's Tracking Number:** SUPAG2026033101

---

**Explanation of Corrections:** The publication date was incorrect. The certificate lists the publication date as 'September 08, 2011', but the correct date of first publication is 'August 09, 2011'

# North American Waterfowl




© 2011 Alexander Gordon