**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ALEXANDER GORDON,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE “A”,

Defendants.

Case No.: 1:26-cv-11917

Judge Jeffrey I. Cummings

Magistrate Judge Albert Berry, III

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | XSS-SHOP-X |
| 2 | DongBa Shop |
| 3 | H01hh24 |
| 4 | shggen |
| 5 | Putian Junfan Trading Co., Ltd |
| 6 | 休非倍 |
| 7 | LJMin Store |
| 8 | taiyuanjinlongdabanyunfuwuyouxiangongsi |
| 9 | shanxikangjiejiazhengfuwuyouxiangongsi |
| 10 | tosles |
| 11 | xuzhouwuailiankejiyouxiangongsi |
| 12 | zhangjiajiemijingjiankangguanli |
| 13 | yueyueppposter |
| 14 | Smilelife-US |
| 15 | puyangshiyongshuaiyunshu |
| 16 | runhuayouxiangongsi |
| 17 | ChengXiangQuZhuZhiXiongMaoYi |
| 18 | sadjkjkasjkas |
| 19 | Tangdaotrurii |
| 20 | HYBLOM |
| 21 | PAIION |
| 22 | Ara Step |
| 23 | tianzhenxianruiminliangyoujiagongyouxiangongsi |
| 24 | shanxihongyanghaochengjianzhugongchengyouxiangongsi |
| 25 | shanxizhongtaijixieshebeiyouxiangongsi |
| 26 | BAYABU |

| | |
|---|---|
| 27 | learMountainFlow |
| 28 | yuannengliangwuzhoukejiyouxiangongsi |
| 29 | Niceroomdecor |
| 30 | 191TinMetalAOP |
| 31 | dikuguanggaochuanmeiyouxiangongsi |
| 32 | baolaowangluokeji |
| 33 | bozhoushifumingzhongzhijiating |
| 34 | kaifengshixiangfuquchengxuannong |
| 35 | 宠菡百货 |
| 36 | professor think |
| 37 | pinghushirushunjianzhugongchengyouxiangongsi |
| 38 | Lin Decor |
| 39 | fuxiangfuzhaung |
| 40 | qifujiang33 |
| 41 | fuyangshitailaitiyujiankangfuwu |
| 42 | NEGLAI |
| 43 | liushus |
| 44 | xianyoujianhuastore |
| 45 | tianzhenkangningkangjiyiyuanyouxiangongsi |
| 46 | taiyuanshibaoshiyanjingdian |
| 47 | Linjiahaohaowu |
| 48 | Thoane show |
| 49 | lichengxianyuningzhuangxiugongchengyouxianzerengongsi |
| 50 | Bochi Llc |
| 51 | Liu Dongjie |
| 52 | HelloYoung Tea Official Store |
| 53 | YaHaku |