Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-204**
**Effective Date of Registration:**
June 06, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** North American Waterfowl Duck Poster

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** September 08, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Alexander Gordon
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Alexander Gordon
1920 Sawtelle Blvd #308, Los Angeles, CA, 90025, United States

## Rights and Permissions

**Name:** Alexander Gordon
**Email:** gravetrain@gmail.com
**Address:** 1920 Sawtelle Blvd #308
Los Angeles, CA 90025 United States

## Certification

**Name:** David Denholm
**Date:** June 06, 2025
**Applicant's Tracking Number:** AG2025060601

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-493-644**
**Effective Date of Registration:**
March 31, 2026
**Registration Decision Date:**
April 06, 2026

## Supplementary Registration

**Supplement To:** VA0002467204, 2025

## Title

**Title of Work:** North American Waterfowl Duck Poster

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** August 09, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Alexander Gordon
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Alexander Gordon
1920 Sawtelle Blvd #308, Los Angeles, CA, 90025, United States

## Rights and Permissions

**Name:** Alexander Gordon
**Email:** gravetrain@gmail.com
**Address:** 1920 Sawtelle Blvd #308,
Los Angeles, CA 90025 United States

## Certification

**Name:** David Denholm, Authorized agent of Alexander Gordon
**Date:** March 31, 2026
**Applicant's Tracking Number:** SUPAG2026033101

---

**Explanation of Corrections:** The publication date was incorrect. The certificate lists the publication date as 'September 08, 2011', but the correct date of first publication is 'August 09, 2011'

# North American Waterfowl




© 2011 Alexander Gordon