# EXHIBIT 1

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|---|
| 1 | XSS-SHOP-X | Vintage Tin Sign Metal Poster Plaque Types of Duck Metal Sign Iron Painting Retro Wall Decor Poster for Home Hotel Cafes Sign Gift 8x12 Inch |   |   |
| 2 | DongBa Shop | Duck Knowledge Wall Poster Art - Types Of Duck,Club Posters - Unframed Vintage Painting Print Poster, Great For Home Decor Dining Room Bar Decor 24x36 inch |   |   |
| 3 | H01hh24 | Metal Knowledge Signs Duck Knowledge Retro Poster Type Of Duck Metal Print Tin Sign School Club Outdoor Cafe Bedroom Bathroom Kitchen Home Art Wall Decoration Plaque 8x12 Inch |   |   |
| 4 | shggen | Type Of Duck Vintage Metal Tin Sign Posters Retro Wall Art Farm Garage Pub Bedroom Restaurant Wall Decor Aluminum Sign 12x16 Inch |   |   |
| 5 | Putian Junfan Trading Co., Ltd | Type Of Duck Vintage Metal Sign,Inspirational Wall Decor Retro Iron Painting Metal Plaque for Home Farmhouse Bar Cafe Pub Garage Man Cave Room Gifts 12 x 8 Inch |   |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|---|
| 6 | 休非倍 | Duck Knowledge Type Of Duck Vintage Poster Canvas Wall Art Posters For Room Aesthetic And Decor Poster For Bedroom Living Room Bathroom Kitchen Office Decor 20x30inch(50x75cm) Unframe-style |  |  |
| 7 | LJMin Store | Type Of Duck Tin Sign Duck Hunting Decor Mallard Ducks Knowledge Metal Signs Vintage Duck Hunting Decorations For Home Kitchen Bathroom Duck Wall Art Decor Poster 8 x 12 Inch |  |  |
| 8 | taiyuanjinlongdabanyunfuwuyouxiangongsi | Types Of Duck Poster Vintage Metal Aluminum Sign For Patio Bedroom Office Bathroom Wall Decoration Size Is 12x8 Inch |  |  |
| 9 | shanxikangjiejiazhengfuwuyouxiangongsi | Type Of Duck Tin Sign Duck Hunting Decor Mallard Ducks Knowledge Metal Signs Vintage Duck Hunting Decorations For Home Kitchen Bathroom Duck Wall Art Decor Poster 8 x 12 Inch (Duck) |  |  |
| 10 | tosles | Type Of Duck Tin Sign Duck Hunting Decor Mallard Ducks Knowledge Metal Signs Vintage Duck Hunting Decorations For Home Kitchen Bathroom Duck Wall Art Decor Poster 8 x 12 Inch (Duck) |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|---|
| 11 | xuzhouwuailiankejiyouxiangongsi | Duck Knowledge Metal Poster Type Of Duck Metal Tin Sign School Club Hunting Lodge Farmhouse Home Art Wall Decoration 16x12 Inch |  |  |
| 12 | zhangjiajiemijingjiankangguanli | Type of Duck Tin Sign Hunting Decor Mallard Knowledge Metal Signs Vintage Decorations for Home Kitchen Bathroom Wall Art Poster 8 x12 |  |  |
| 13 | yueyueppposter | Duck Type Knowledge Posters, Different Types of Duck Morphology, Animal Class Posters Canvas Art Poster And Wall Art Picture Print Modern Family Bedroom Decor Posters 20x30inch(50x75cm) |  |  |
| 14 | Smilelife-US | Duck Gifts Types of Duck Vintage Tin Sign for Home Office Farmhouse Man Cave Hunting Room Classroom Wall Art Decor 8x12 Inch (3269) |  |  |
| 15 | puyangshiyongshuaiyunshu | Duck Gifts Types of Duck Vintage Tin Sign for Home Office Farmhouse Man Cave Hunting Room Classroom Wall Art Decor 8x12 Inch |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|---|
| 16 | runhuayouxiangongsi | Types Of Duck Metal Sign 12x8 Inch Vintage Bird Identification Poster Retro Waterfowl Species Chart Educational Wall Art Decor For Classroom Office Cabin Nature Study Wildlife Enthusiast Display |  |  |
| 17 | ChengXiangQuZhuZhiXiongMaoYi | Vintage Type Of Duck Poster Duck Breeds And Species Canvas Wall Art Mallard Ducks Knowledge Picture Prints Painting For Living Room Bedroom Farmhouse Wall Decor 12x16in Unframed |  |  |
| 18 | sadjkjkasjkas | Types Of Duck Canvas Printing Art Poster for Living Room Bedroom, Office Decor Aesthetic 08x12inch(20x30cm) |  |  |
| 19 | Tangdaotrurii | Inspirational Quote Metal Sign Types Of Duck Inspiring Wall Art, Suitable for Gyms, Offices And Home Décor, 12x8 Inches. |  |  |
| 20 | HYBLOM | HYBLOM Duck Breeds Metal Poster - Educational & Decorative Types Of Duck Metal Tin Sign - Schools, Hunting Lodges, Man Caves & Home Art Decor, 12x16 Inches |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|---|
| 21 | PAIION | PAIION Duck Knowledge Metal Poster Type Of Duck Metal Tin Sign School Club Hunting Lodge Cafe Bedroom Bathroom Kitchen Home Art Wall Decoration 8x12 Inch |  |  |
| 22 | Ara Step | ARA STEP Vintage Knowledge Posters Animals Kitchen Wall Decor Prints UNFRAMED C (297 x 420 mm / 11.7 x 16.5 inches, Types of Duck) |  |  |
| 23 | tianzhenxianruiminliangyoujiagongyouxiangongsi | Duck Hunter'S Dilemma Vintage Metal Sign, Poster Home Wall Decor, Suitable For Bedroom, Living Room, Bar, Restaurants,Etc. , Plaque 12 X 8 Inch |  |  |
| 24 | shanxihongyanghaochengjianzhugongchengyouxiangongsi | Duck Hunter's Dilemma Metal Tin Sign Wall Decor Funny Vintage Tin Sign Poster For Cafe Bar Restaurant Supermarket Shop 8 x 12 Inches |  |  |
| 25 | shanxizhongtaijixieshebeiyouxiangongsi | CXHDSY Duck Hunter's Dilemma Posters 8 * 12 Inch Funny metal sign For Home Bedroom living room Kitchen Garage Man Cave bathroom Wall Decor |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|---|
| 26 | BAYABU | Vintage Hunting Decor Metal Sign Duck Hunter's Dilemma Tin Sign Duck Identification Chart Poster Retro Farm Cabin Club Farmhouse Wall Decor 12X16 Inch |  |  |
| 27 | learMountainFlow | Vintage Metal Signs Duck Hunter's Dilemma-Funny Poster Wall Art for Home Living Room Garage Bar Decor 8X12inch |  |  |
| 28 | yuannengliangwuzhoukejiyouxiangongsi | Duck Hunting Knowledge Retro Metal Tin Sign The Duck Hunter'S Dilemma Printed Poster Club Restaurant Cafe Living Room Garage Kitchen Home Art Wall Decoration Plaque 12x8 inch |  |  |
| 29 | Niceroomdecor | Pzecaru Retro Metal Poster Duck Hunting KnowledgeMetal Tin Signs Vintage Plaque Wall Decor Gift For Club Home Kitchen Office Bar Gym 8x12 Inch |  |  |
| 30 | 191TinMetalAOP | Duck Hunting Knowledge Metal Tin Signs Vintage Basics Of Duck Hunting Shooting Posters Farmhouse Man Cave Living Room Home Wall Decor 12x16 inch |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|---|
| 31 | dikuguanggaochuan meiyouxiangongsi | Duck Hunting Knowledge Metal Tin Signs Duck Hunting Information Retro Poster Popular Science Educational Charts Wall Plaques Decor For Home Classroom Room Office 16x24 Inch |   |   |
| 32 | baolaowangluokeji | Curteny Vintage Metal Wall Art Duck Breeds Poster, 12x16 Inch, Aluminum, Fade Resistant, Indoor and Outdoor, Man Cave Decor |   |   |
| 33 | bozhoushifumingzho ngzhijiating | Curteny Vintage Metal Wall Art Duck Breeds Poster, 12x16 Inch, Aluminum, Fade Resistant, Indoor and Outdoor, Man Cave Decor |   |   |
| 34 | kaifengshixiangfuquc hengxuannong | Bodyard Vintage Metal Tin Sign Types of Duck Breeds of Duck Vintage Knowledge Poster Tin Sign Poster Vintage Metal Signs for Bar Music Club Man Cave Room Wall Decor 8x12 Inch |   |   |
| 35 | 宠菡百货 | Metal Tin Sign 8 * 12 inches Vintage Types of Duck Breeds of Duck Vintage Knowledge Poster Poster Vintage Metal Signs for Bar Music Club Man Cave Room Wall Decor |   |   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|---|
| 36 | professor think | JIUFOTK The Duck Hunter's Dilemma Metal Tin Signs Duck Breeds Knowledge Posters Hunter Reference Guide Plaques Farmhouse Home Cave Wall Decor 8x12 Inches |   | VA 2-467-204   |
| 37 | pinghushirushunjianz hugongchengyouxian gongsi | The Duck Hunter's Dilemma Metal Tin Signs Duck Breeds Knowledge Posters Hunter Reference Guide Plaques Farmhouse Home Cave Wall Decor 8x12 inchses |   | VA 2-467-204   |
| 38 | Lin Decor | Types of Duck Sign - Duck Hunting Accessories, Vintage Metal Duck Decor Sign for Duck Hunting Gear, Outdoor, Kids Room Wall Decor Art, Cool Stuff Duck Hunting Gifts for Men Boys, 8 x 12 inch |   | VA 2-467-204   |
| 39 | fuxiangfuzhaung | Duck Gifts Types of Duck Vintage Tin Sign for Home Office Farmhouse Man Cave Hunting Room Classroom Wall Art Decor 12x16inch |   | VA 2-467-204   |
| 40 | qifujiang33 | Duck Gifts Types of Duck Vintage Tin Sign for Home Office Farmhouse Man Cave Hunting Room Classroom Wall Art Decor 12x16inch |   | VA 2-467-204   |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|---|
| 41 | fuyangshitailaitiyujiankangfuwu | Duck Hunting Knowledge Vintage Metal Art Halloween Tin Sign Man Cave Bar Game Room Wall Decor 12x8 Inch |  |  |
| 42 | NEGLAI | Duck Hunting Knowledge Metal Signs Poster, Vintage Lake house Decorations Lodge Wall Art Decor 16x12 Inches |  |  |
| 43 | liushus | Duck Gifts Types of Duck Vintage Tin Sign for Home Office Farmhouse Man Cave Hunting Room Classroom Wall Art Decor 10.5x7 inch |  |  |
| 44 | xianyoujianhuastore | Vintage Types of Duck Canvas Print Art Print, Rustic Wall Art, Cute Poster Painting, Home Decor, Pictures for Living Room, Office Wall Decoration (Wood Framed,8L X10W) |  |  |
| 45 | tianzhenkangningkangjiyiyuanyouxiangongsi | Types Of Duck Vintage Poster Funny Wall Decor 8 * 12 Inch Retro Metal Sign Posters For Gallery Kitchen Bathroom Farm Yard Bar Garage Man Cave Anywhere You Feel Is Appropriate |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|---|
| 46 | taiyuanshibaoshiyanjingdian | Duck Hunter's Dilemma Metal Sign —Aluminum 8X12Inch For Wall Decoration In Bathroom, Bedroom, Living Room, Outdoor And Anywhere |  |  |
| 47 | Linjiahaohaowu | Vintage Types Of Duck Canvas Posters Ducks Animal Guide Wall Art Rustic Farmhouse Farm Aesthetic Prints Painting For Living Room Bedroom Dorm Wall Decor 12x16in Black Framed |  |  |
| 48 | Thoane show | Snacks Crisps & Fizzy,12 * 8 Inches Vintage Funny Poster Wall Decor Art Gift Retro Picture Metal Sign |  |  |
| 49 | lichengxianyuningzhuangxiugongchengyouxianzerengongsi | Type Of Duck Tin Sign Duck Hunting Decor —Aluminum 8X12Inch For Wall Decoration In Bathroom, Bedroom, Living Room, Outdoor And Anywhere |  |  |
| 50 | Bochi Llc | Type Of Duck Tin Sign Duck Hunting Decor Mallard Ducks Knowledge Metal Signs Vintage Duck Hunting Decorations For Home Kitchen Bathroom Duck Wall Art Decor Poster 8 x 12 Inch |  |  |

| Def No. | Def Name | Title/Product Description | Infringing Evidence | CR Image & Reg No |
|---|---|---|---|---|
| 51 | Liu Dongjie | Type Of Duck Tin Sign Duck Hunting Decor Mallard Ducks Knowledge Metal Signs Vintage Duck Hunting Decorations For Home Kitchen Bathroom Duck Wall Art Decor Poster Plaque Gift 8 x 6 Inch |   |   |
| 52 | HelloYoung Tea Official Store | HELLOYOUNG Mallard Duck Vintage Metal Sign - Hunting Themed Wall Art Home Kitchen Bathroom Decor Halloween Christmas New Year Gift |   |   |
| 53 | YaHaku | YaHaku Types of duck poster, Field Guide Duck Art Prints - Game Bird Art for Office Man Cave Lake House or Cabin - Rustic Hunting Decor |   |   |

# EVIDENCE FILES SHOWING MATCHING ASIN (B0BC138Z3S)

**DEF. NO. 32 baolaowangluokeji**

**DEF. NO. 33 bozhoushifumingzhongzhijiating**

**032 baolaowangluokeji**

amazon Deliver to O Chicago 60604 All Search Amazon EN Hello, O Account & Lists Returns & Orders 0 Cart

All Rufus Join Prime Same-Day Delivery Amazon Haul Medical Care Home Improvement Amazon Basics Today's Deals Customer Service Keep Shopping For Amazon Home Buy Again Audible

amazon business Deals on everyday business needs ▸

Home & Kitchen › Wall Art › Posters & Prints




Click to see full view

# Curteny Vintage Metal Wall Art Duck Breeds Poster, 12x16 Inch, Aluminum, Fade Resistant, Indoor and Outdoor, Man Cave Decor

Brand: Curteny
4.3 ★★★★☆ (16) | Search this page

$15.22
Price history

Get $60 off instantly: Pay $0.00 ~~$15.22~~ upon approval for the Amazon Store Card. No annual fee.

FREE Returns

- SIZE:this tin signs size 12x16 Inch (30cm x 40cm)
- HIGH QUALITY, LONG LASTING - We use only first-class materials to manufacture our signs. Made from 100 Percent rust free strong aluminum, and will stay good as new even after many years of indoor or outdoor use.
- NO FADING - The graphics and wordings will withstand the elements and will not fade, no matter the sun, rain, or other extreme weather.
- PERFECT SIZE - We have carefully designed this sign, considering every aspect. This unique size gives the ability for the wording to stand out and be easily understood without creating an aggressive environment!
- The Aluminum Signs Can Be Used In Any Occasion. These Make The Perfect Sign.

› See more product details

Report an issue with this product or seller

Sponsored

prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.
Join Prime

$15.22

FREE delivery **Monday, February 23** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Thursday, February 19**. Order within 2 hrs 39 mins. Join Prime

Deliver to O - Chicago 60604

**Only 2 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | baolaowangluokeji |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

Add to List

**Other sellers on Amazon**

New (2) from $15.22 & **FREE Shipping** on orders over $35.00 shipped by Amazon.

**Ask Rufus**

Can it be hung outdoors? Is this wall art weatherproof? Does it come with mounting hardware?

Ask something else

## Frequently bought together



+

+


**This item:** Curteny Vintage Metal Wall Art Duck Breeds Poster, 12x16 Inch, Aluminum, Fade… $15.22

Brown Duck Wall Art Duck Hunting Canvas Painting Pictures Print On Canvas Animal The… $52.99

97 Decor Mallard Duck Decor For Home - Vintage Duck Hunting Poster, Ducks Wall Art Prints,… $13.99

Total price: $82.20

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

## Deals on related products Sponsored

Page 1 of 3



Heddon Famous Lures Framed Wood Wall Decor - Vintage Heddon Wall Art for Cabin or L…
★★★★☆ 182
Limited time deal
-50% $14.99
List: ~~$29.99~~


LevvArts Black and White Baseball Wall Art Sports Themed Poster Wall Decor Mens Bed…
★★★★☆ 6
Limited time deal
-20% $50.38
Typical: ~~$62.98~~


KREATIVE ARTS 3-Piece Vintage Fishing Rod Canvas Wall Art Set, Blue and Grey Nautic…
★★★★★ 6
Limited time deal
-34% $26.59
Typical: ~~$39.99~~


ARPEOTCY Framed Canvas Wall Art, 11x14 Inch Funny Dog in Bathtub Black and…
★★★★★ 14
Ends in 01:33:51
-50% $11.49
Typical: ~~$22.99~~


iKNOW FOTO Skull Wall Art Gold Butterfly Gothic Decor 16x24 Inch Dark Aesthetic Can…
★★★★★ 1
Limited time deal
-20% $23.99
Typical: ~~$29.99~~


iKNOW FOTO Skeleton Hand Wall Art Gold Butterfly 16x24 Inch Gothic Skull Canvas Pri…
Limited time deal
-20% $23.99
Typical: ~~$29.99~~


FDHSPAAM Coquette Pink Bow Chocolate Labrador Retriever Wall Art Decor, Labrador Re…
★★★★★ 3
Limited time deal
-47% $3.24
Typical: ~~$6.11~~

## 4 stars and above Sponsored

Page 1 of 12




Type Of Duck Tin Sign Duck Hunting Decor Mallard Ducks Knowledge Metal… 82
$9.99



Lone Star Art Colt Peacemaker Revolver Patent Print - 11x14 Unframed Patent Print… 62
$16.99



Duck Flower Head Wall Art Print Poster, Kimono Bathroom Dressing Room Decor Posters… 54
$21.95



Vintage Cowboy Silly Goose Canvas Wall Art Funny Animal Cowboy Duck Picture Wall De… 119
$32.00




Geyee Duck Vintage Poster Wall decor Mallard Ducks Hunting Art Knowledge Picture… 444
Amazon's Choice
-31% $8.99
List: ~~$12.99~~




Renokes Brand Vintage Decorative Signage, Hot Chicks Inside Sign, 8 x 12 inches Tin… 109
$9.99




BAIWIFE Duck Warning Sign - 8x12 Inch Vintage Rustic Metal Poster for Outdoor Yard … 161
$9.86

**Looking for specific info?**

Ask Rufus or search reviews and Q&A

Can it be hung outdoors? | Is this wall art weatherproof? | Does it come with mounting hardware?

What rooms is this poster good for? | Is it printed on both sides?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Style

| | |
|---|---|
| Orientation | Portrait |
| Item Shape | Rectangular |
| Theme | Vintage |
| Wall Art Form | Poster |
| Color | 12 |
| Product Style | Retro |
| Room Type | Bedroom |
| Subject Character | Duck |
| Pattern | Printed |
| Animal Theme | duck |

### Features & Specs

| | |
|---|---|
| Frame Type | Unframed |
| Special Features | Fade Resistant |
| Mounting Type | Wall Mount |
| Is Framed | No |
| Is Original Artwork | No |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

### Measurements

| | |
|---|---|
| Size | 16"L x 12"W |
| Item Dimensions L x W | 16"L x 12"W |
| Item Weight | 10.86 Ounces |

### Item details

| | |
|---|---|
| Number of Items | 1 |
| Brand Name | Curteny |
| Number Of Panels | 1 |
| Manufacturer | Curteny |
| Best Sellers Rank | #2,260,534 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#81,456 in Posters & Prints |
| ASIN | B0BC138Z3S |
| Customer Reviews | 4.3 (16)<br>4.3 out of 5 stars |

### User guide

| | |
|---|---|
| Indoor Outdoor Usage | Indoor, Outdoor |

### Materials & Care

| | |
|---|---|
| Material | Tin |
| Frame Material | Aluminum |
| Finish Type | Glossy |
| Paint Type | Watercolor |
| Paper Finish | Metallic |

## Product Description

About our productMaterial: Tin, metalSize:30*40cm/12*16inch,Hole:This Lightweight Metal Tin Sign Comes With Pre-Drilled Holes To Make Displaying A Breeze,Can be put in mesa, or hang on the wallThis tin sign vintage decorative painting is manufactured with folded edges for safety and stabilityMade of tin and intentionally faded/worn,this sign is sure to as Home, Gate, Bedroom, Bathroom, Dinning room, Laundry, Garden, Office, Bar, Restaurant, Dorm, Cafe, Pubs, Street, Billiard House, Hotel, Club Wall Decoration, Man Cave Or GarageYou could find Anique Tin Sign,modern tin sign,Minimalist Tin Sign Here.The Classic tin signs are an classic and fun accessory & gift for your parents, lovers, friends, and a ideal for any holidays - Housewarming ,Christmas, Thanksgiving Day, Halloween, Valentine's Day, New Year's Day, Easter Day, Mother's Day, Father's Day, Birthday, Wedding etcNote: This is a post made of tinplate material, some paintings appear to have the effect of rust, it is printed up, not really rusty. Due to the light, the color may show a little different.

**More from frequently bought brands** Sponsored

Page 1 of 15



Beaver and Duck in Harmony Wildlife Art Print Poster, Sketch Drawing Illustration W… 1
$25.99



Duck Vintage Portrait Poster Art Print, Classic Animals Wall Decor Home Art for Bed… 31
$34.99



White Duck Wall Art for Living Room, Animal Art Prints, Vintage Posters Home Decor,… 10
$25.95



aj decor Duck Kitchen Wall Art Print Poster, Black and White Animal Dining Room Res… 23
$25.99



Mallard Duck Art Prints Posters, Black and White Photography Wall Art, Wildlife Saf… 5
$39.99



Duck Flower Head Wall Art Print Poster, Kimono Bathroom Dressing Room Decor Posters… 54
$21.95



Amanti Art Framed Canvas Wall Art 16x16 Lone Duck I by Emma Caroline, Framed Wall…
$86.99

**033 bozhoushifumingzhongzhijiating**

amazon Deliver to O Chicago 60604 | All | Search Amazon | EN | Hello, O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care | Home Improvement | Amazon Basics | Today's Deals | Customer Service | Keep Shopping For | Amazon Home | Buy Again | Audible

amazon business Deals on everyday business needs ▸

Home & Kitchen › Wall Art › Posters & Prints




Click to see full view

Ask Rufus

Can it be hung outdoors? | Is this wall art weatherproof? | Does it come with mounting hardware? | Ask something else

# Curteny Vintage Metal Wall Art Duck Breeds Poster, 12x16 Inch, Aluminum, Fade Resistant, Indoor and Outdoor, Man Cave Decor

Brand: Curteny

4.3 ★★★★☆ (16) | Search this page

$15.26

Price history

Get $60 off instantly: Pay $0.00 ~~$15.26~~ upon approval for the Amazon Store Card. No annual fee.

FREE Returns

- SIZE:this tin signs size 12x16 Inch (30cm x 40cm)
- HIGH QUALITY, LONG LASTING - We use only first-class materials to manufacture our signs. Made from 100 Percent rust free strong aluminum, and will stay good as new even after many years of indoor or outdoor use.
- NO FADING - The graphics and wordings will withstand the elements and will not fade, no matter the sun, rain, or other extreme weather.
- PERFECT SIZE - We have carefully designed this sign, considering every aspect. This unique size gives the ability for the wording to stand out and be easily understood without creating an aggressive environment!
- The Aluminum Signs Can Be Used In Any Occasion. These Make The Perfect Sign.

› See more product details

Report an issue with this product or seller

## Similar item with fast delivery

Amazon's Choice



Geyee Fish Vintage Poster Wall Decor Mallard Ducks Hunting Art Knowledge Picture Prints Wall Decor for Home Kitchen Office Classroom Living Room Bedroom Frame, 15.8 x 23.6 Inch
★★★★½ (444)
$8.99 prime

Sponsored

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$15.26

FREE delivery **Monday, February 23** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Friday, February 20**. Order within 2 hrs 38 mins. Join Prime

Deliver to O - Chicago 60604

**Only 20 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | bozhoushifumingzhongzhijiating |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

Add to List

**Other sellers on Amazon**

New (2) from $15.22 & **FREE Shipping** on orders over $35.00 shipped by Amazon.

## Frequently bought together




+



+



**This item:** Curteny Vintage Metal Wall Art Duck Breeds Poster, 12x16 Inch, Aluminum, Fade… $15.22

Brown Duck Wall Art Duck Hunting Canvas Painting Pictures Print On Canvas Animal The… $52.99

97 Decor Mallard Duck Decor For Home - Vintage Duck Hunting Poster, Ducks Wall Art Prints,… $13.99

Total price: $82.20

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

## Deals on related products Sponsored

Page 1 of 3




Heddon Famous Lures Framed Wood Wall Decor - Vintage Heddon Wall Art for Cabin or L…
★★★★½ 182
Limited time deal
-50% $14.99
List: ~~$29.99~~



LevvArts Black and White Baseball Wall Art Sports Themed Poster Wall Decor Mens Bed…
★★★★☆ 6
Limited time deal
-20% $50.38
Typical: ~~$62.98~~



KREATIVE ARTS 3-Piece Vintage Fishing Rod Canvas Wall Art Set, Blue and Grey Nautic…
★★★★★ 6
Limited time deal
-34% $26.59
Typical: ~~$39.99~~



ARPEOTCY Framed Canvas Wall Art, 11x14 Inch Funny Dog in Bathtub Black and…
★★★★★ 14
Ends in 01:31:18
-50% $11.49
Typical: ~~$22.99~~



iKNOW FOTO Skeleton Hand Wall Art Gold Butterfly 16x24 Inch Gothic Skull Canvas Pri…
Limited time deal
-20% $23.99
Typical: ~~$29.99~~



iKNOW FOTO Skull Wall Art Gold Butterfly Gothic Decor 16x24 Inch Dark Aesthetic Can…
★★★★★ 1
Limited time deal
-20% $23.99
Typical: ~~$29.99~~



FDHSPAAM Coquette Pink Bow Chocolate Labrador Retriever Wall Art Decor, Labrador Re…
★★★★★ 3
Limited time deal
-47% $3.24
Typical: ~~$6.11~~

## Based on your recent views Sponsored

Page 1 of 58


White Duck Wall Art for Living Room, Animal Art Prints, Vintage Posters Home Decor,...
10
$34.99



Bodyard Vintage Metal Tin Sign Types of Duck Breeds of Duck Vintage Knowledge Poste...
1
$8.98


Sense Canvas Duck Realistic Scene 19 Canvas Art - Home Decor Wall Art Print Poster ...
2
$185.00



Zhefoart Duck Wall Art Knowledge Poster Retro Canvas Animal Wall Decor Picture Prin...
17
$23.99


Beaver and Duck in Harmony Wildlife Art Print Poster, Sketch Drawing Illustration W...
1
$25.99



Duck Knowledge Metal Poster Type Of Duck Metal Tin Sign School Club Hunting Lodge F...
10
$19.79


GRAPHICS & MORE Green-Winged Teal Ducks Taking Flight Hunters Hunting Wall...
1
$24.99

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it be hung outdoors? | Is this wall art weatherproof? | Does it come with mounting hardware?

What rooms is this poster good for? | Is it printed on both sides?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product information

### Style

| | |
|---|---|
| Orientation | Portrait |
| Item Shape | Rectangular |
| Theme | Vintage |
| Wall Art Form | Poster |
| Color | 12 |
| Product Style | Retro |
| Room Type | Bedroom |
| Subject Character | Duck |
| Pattern | Printed |
| Animal Theme | duck |

### Features & Specs

| | |
|---|---|
| Frame Type | Unframed |
| Special Features | Fade Resistant |
| Mounting Type | Wall Mount |
| Is Framed | No |
| Is Original Artwork | No |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?**

### Measurements

| | |
|---|---|
| Size | 16"L x 12"W |
| Item Dimensions L x W | 16"L x 12"W |
| Item Weight | 10.86 Ounces |

### Item details

| | |
|---|---|
| Number of Items | 1 |
| Brand Name | Curteny |
| Number Of Panels | 1 |
| Manufacturer | Curteny |
| Best Sellers Rank | #2,260,534 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#81,456 in Posters & Prints |
| ASIN | B0BC138Z3S |
| Customer Reviews | 4.3 (16)<br>4.3 out of 5 stars |

### User guide

| | |
|---|---|
| Indoor Outdoor Usage | Indoor, Outdoor |

### Materials & Care

| | |
|---|---|
| Material | Tin |
| Frame Material | Aluminum |
| Finish Type | Glossy |
| Paint Type | Watercolor |
| Paper Finish | Metallic |

## Product Description

About our productMaterial: Tin, metalSize:30*40cm/12*16inch,Hole:This Lightweight Metal Tin Sign Comes With Pre-Drilled Holes To Make Displaying A Breeze,Can be put in mesa, or hang on the wallThis tin sign vintage decorative painting is manufactured with folded edges for safety and stabilityMade of tin and intentionally faded/worn,this sign is sure to as Home, Gate, Bedroom, Bathroom, Dinning room, Laundry, Garden, Office, Bar, Restaurant, Dorm, Cafe, Pubs, Street, Billiard House, Hotel, Club Wall Decoration, Man Cave Or GarageYou could find Anique Tin Sign,modern tin sign,Minimalist Tin Sign Here.The Classic tin signs are an classic and fun accessory & gift for your parents, lovers, friends, and is a ideal for any holidays - Housewarming ,Christmas, Thanksgiving Day, Halloween, Valentine's Day, New Year's Day, Easter Day, Mother's Day, Father's Day, Birthday, Wedding etcNote: This is a post made of tinplate material, some paintings appear to have the effect of rust, it is printed up, not really rusty. Due to the light, the color may show a little different.


## More from frequently bought brands Sponsored

Page 1 of 15


Beaver and Duck in Harmony Wildlife Art Print Poster, Sketch Drawing Illustration W...
1
$25.99


Duck Vintage Portrait Poster Art Print, Classic Animals Wall Decor Home Art for Bed...
31
$34.99


White Duck Wall Art for Living Room, Animal Art Prints, Vintage Posters Home Decor,...
10
$25.95


aj decor Duck Kitchen Wall Art Print Poster, Black and White Animal Dining Room Res...
23
$25.99


sechars Lake Hourse Decor Rustic Canoe Wall Art Painting Native American Style Cabi...
2
$66.49


Amanti Art Framed Canvas Wall Art 16x16 Lone Duck I by Emma Caroline, Framed Wall...
$86.99


Amanti Art Framed Canvas Wall Art 16x16 Lone Duck II by Emma Caroline, Framed Wall ...
$86.99